445 A.2d 195

Brinson, Appellant v. Brinson.

Argued February 16, 1982. William F. Moran, for appellant; Charles James Fonzone, for appellee.

Before JOHNSON, MONTEMURO and MONTGOMERY, JJ.

The order of Court of March 12, 1981, is affirmed.

---

445 A.2d 195

Bulkoski, Appellant v. Metropolitan Life Ins., etc. et al.

Submitted April 14, 1981. Gary Kalmeyer, for appellant; Richard W. DiBalla, for appellees.

Before CAVANAUGH, CIRILLO and JOHNSON, JJ.

The order dated September 11, 1980 is affirmed.